Form DOMCRT (08/12)

**United States Bankruptcy Court**
**Western District of Michigan**
One Division Ave., N.
Room 200
Grand Rapids, MI 49503

| IN RE: Debtor (name used by the debtor in the last 8 years, including married, maiden, trade, and address):<br><br>**Robert George Esdale**<br>1533 Otsego Dr.<br>Okemos, MI 48864<br>SSN: xxx–xx–7632<br><br>Debtor | Case Number 18–02082–jwb<br><br>Chapter 13<br><br>Honorable James W. Boyd |
|---|---|

**DEBTOR'S CERTIFICATION REGARDING**
**DOMESTIC SUPPORT OBLIGATION PURSUANT TO 11 U.S.C. § 1328(a)**

The debtor(s) in the above–referenced matter certify as follows:

☒ Debtor ☐ Spouse — I have not been required by a judicial or administrative order, or by statute, to pay any Domestic Support Obligation as defined in 11 U.S.C. § 101(14A), either before this proceeding was filed, or at any time after the date of filing.

—OR—

☐ Debtor ☐ Spouse — I have paid all amounts that I am required to pay under any judicial or administrative order, or statutes, for a Domestic Support Obligation as defined in 11 U.S.C. § 101(14A), including all amounts that came due after the petition was filed and pre–petition arrears to the extend provided for in the plan.

I declare under penalty of perjury that the information provided in the Certificate is true and correct.

Date: 9-30-21                                           /s/ Robert Esdale
                                                        Debtor

Date: _____                                    _____
                                                        Joint Debtor (if applicable)

FILED 2021 OCT -4 PM 12:37 MICHELLE M. WILSON, CLERK U.S. BANKRUPTCY COURT WESTERN DIST. OF MICHIGAN

027408                                3611002743501 7

027408    36110027435017